UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>TYSON WAYNE LOWEN,<br><br>       Defendant. | Case No. CR12-263-RAJ<br><br>**DETENTION ORDER** |

Offenses charged:

   Theft of Government Funds,
   Mail Fraud – WSIC Check Fraud,
   Bank Fraud – BECU, and
   Aggravated Identity Theft.

Date of Detention Hearing:  September 13, 2012.

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

   Defendant has a criminal history including convictions for harassment, driving under the

DETENTION ORDER - 1

influence, forgery and various traffic crimes.  He has failed to appear numerous times and has had struggles maintaining supervision in the state system.  He has no financial resources and his mother has declined to offer housing.  Defendant has a heroin problem for which he has never received any treatment.  While he indicates he has paid his first and last month's rent for his apartment, it appears that his lease there will be terminated due to the fact illegal drugs were found there when he was arrested.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of September, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2