Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR12-263RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION FOR |
| | ) | EARLY TERMINATION OF |
| | ) | SUPERVISION |
| TYSON LOWEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER comes before the Court upon the Defendant's motion for early termination of supervised release under 18 U.S.C. § 3583(e). Having considered the motion, there being no opposition filed by the government, and finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion for Early Termination (Dkt. #78) is GRANTED and Defendant's supervised release is hereby terminated immediately.

DATED this 5th day of June, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION FOR
EARLY TERMINATION OF SUPERVISION - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592